UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES G. CONNELL, III,

*Plaintiff,*

v.

UNITED STATES CENTRAL
INTELLIGENCE AGENCY, *et al*.,

*Defendants*.

Civil Action No. 21-3069 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's November 23, 2022, Minute Order, the parties respectfully submit this joint status report for this Freedom of Information Act case.

Defendant United States Central Intelligence Agency ("CIA") has advised that its previously completed email searches did not yield any responsive records.  CIA has further advised that, upon further review, it has identified an additional database where potentially responsive records, including emails, may be located, and that searches in that database are still ongoing.  For this reason, the CIA has advised that it cannot yet provide an estimate of the total number of responsive records/pages related to this request.  The CIA has further advised that it anticipates providing an update on the outstanding searches and documents in the parties' next joint status report.

Defendants United States Southern Command ("USSOUTHCOM") and United States Department of Defense ("DOD") have advised that they have been waiting to hear whether plaintiff will agree to narrow the scope of his requests in light of the productions made by the prosecution in the military commissions case against plaintiff's client, including the production

that was previously scheduled to be completed by December 9, 2022, and was rescheduled to be completed by February 10, 2023.  Plaintiff has advised that the military prosecution was granted a sixth extension of time, this time to May 12, 2023, to complete its production.  Plaintiff declines to narrow his request.

The parties propose filing another joint status report on or before May 17, 2023, to update the Court on the status of defendants' productions.

Dated:  February 14, 2023

Respectfully submitted,

_/s/ James G. Connell, III_
CONNELL LAW
PO Box 141
Cabin John, MD 20818
(703) 623-8410 Email:
jconnell@connell-law.com

*Pro se Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _/s/ Marsha W. Yee_____
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendants*